OPINION — AG — QUESTION(1): "WOULD THE BOARD OF PHARMACY BE WITHIN THEIR RIGHTS IN DENYING A PHARMACY LICENSE TO A STORE CONSTRUCTED IN THIS MANNER (BLUEPRINTS, MINIMUM STANDARDS, PROFESSIONAL SURROUNDINGS)?" — AFFIRMATIVE QUESTION(2): "IN THE EVENT THAT WE ARE REQUIRED TO LICENSE STORES OF THIS TYPE COULD THE ENCLOSED REGULATIONS BE LEGALLY ENFORCEABLE?" — AFFIRMATIVE CITE: 59 O.S. 1961 353.7 [59-353.7], 59 O.S. 1961 353.1 [59-353.1] (FRED HANSEN)